# United States Court of Appeals
## For the First Circuit

No. 26-1261

ABIGAIL LIMA DA SILVA O'LEARY,

Petitioner - Appellant,

v.

PATRICIA H. HYDE, Acting Field Office Director of Enforcement and Removal Operations, Boston Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Acting Attorney General, Executive Office for Immigration Review; TIMOTHY KORTES, Jail Administrator of Cumberland County Jail,

Respondents - Appellees.

**ORDER OF COURT**

Entered: May 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Abigail Lima Da Silva O'Leary to file a brief and appendix be enlarged to and including **July 10, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jacob S. Binnall
James D. Concannon
Meredith K. Cook
Lindsay Feinberg
Aaron M. Frey
Peter L. Murray
John G. Osborn